| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Sirlin Lesser & Benson, P.C.<br>Dana S. Plon, Esquire (#8741)<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA  19109<br>(215) 864-9700<br>dplon@sirlinlaw.com<br>Attorney for LW Partners III LP | |
| In re:<br><br>CHELDIN BARLATT RUMER<br>Debtor | Case No. 15-29008-JNP<br><br>Judge Jerrold N. Poslusny Jr.<br><br>Chapter 13 |

## ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICES

Dana S. Plon, Esquire, hereby enters her appearance for LW Partners III LP, and in accordance with Federal Rule of Bankruptcy Procedure 2002(i), respectfully requests that all notices, pleadings and other papers filed in the above captioned proceeding be served upon her at the following address:

Dana S. Plon, Esquire
Identification No. 8741
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
dplon@sirlinlaw.com

_____
DANA S. PLON
Attorney for Creditor, LW Partners III LP

October 9, 2015